UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

-vs-  Case No. 8:21-mj-1020-CPT
Charging District Case No. 1:21-mj-1020

ADAM JOHNSON

**CLERK'S MINUTES**
Proceeding: Initial Appearance – Rule 5c3
Courtroom 12B

| | |
|---|---|
| Judge: Christopher P. Tuite, U.S. Magistrate Judge | Date: January 11, 2021 |
| Deputy Clerk: Ashley Sanders | Time: 2:03 PM |
| USPO: Joely Andrews | Recess: 2:25 PM |
| Court Reporter: Digital | Total Time: 22 minutes |

Counsel for USA: Patrick Scruggs, AUSA
Counsel for Defendant: Dan Eckhart and David Bigney, retained

Court calls case and counsel enters appearances.

Defendant has retained counsel.

Defendant has received a copy of the Complaint. USA summarizes charges contained in the Complaint. Defendant charged in the District of Columbia. Defendant understands.

Court advises of certain constitutional rights. Defendant understands.

Defendant waives identity hearing and preliminary hearing. A waiver has been signed by Defendant. Defendant consents to removal. Defendant directed to report to the District of Columbia for further proceedings.

BOND:   Government: Does not oppose release of defendant. $25,000 surety bond, travel restricted to Middle District of FL and the District of Columbia for purposes only of court proceedings and meetings with AUSA, surrender passport card, surrender firearms, curfew 9:00 p.m. – 6 a.m., substance abuse evaluation and treatment if necessary.

<u>Defendant:</u> In agreement with conditions of release. Defendant is a stay at home dad so Defendant would request that he not be imposed the condition of seeking employment.

<u>Court</u>: Defendant released on standard conditions and special conditions, report as directed, surrender passport card, not apply for any other travel documents, submit to testing, not possess firearms or dangerous weapons, travel is restricted to the Middle District of Florida and the District of D.C. only for the purposes of court proceedings and at the discretion of the court and the United States Attorney's Office. $25,000 signature bond to be co-signed by Defendant's wife by close of business on Thursday, January 24, 2021.

Due process order.

Recess.