UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:21-mj-1020-CPT
Charging District Case No. 1:21-mj-20

ADAM JOHNSON
_____/

**O R D E R**

Defendant Adam Johnson having been arrested in the Tampa Division of the Middle District of Florida on a warrant issued in the District of Columbia and having been released on bond, it is hereby ORDERED that, unless otherwise directed by the United States District Court for the District of Columbia, the Defendant shall personally appear at the United States District Court for the District of Columbia, located at 333 Constitution Avenue N.W., Washington, DC 20001, on January 19, 2021, at 1:00 p.m. before United States Magistrate Judge G. Michael Harvey in Courtroom 6.

DONE and ORDERED in Tampa, Florida, this 13th day of January 2021.

HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

Copies to:
Counsel of record